UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. **DAVID ZAMORA,**
14. STEVE ZAMORA, and
15. MILTON A. YON,

    Defendants.

## ORDER RESETTING SENTENCING HEARING

**IT IS ORDERED** that the sentencing hearing for Defendant David Zamora is reset to **April 2, 2007 at 10:45 a.m.** in courtroom A901, 901, 19th Street, Denver, Colorado.

Dated this 12th day of July, 2006.

    BY THE COURT:

    *Marcia S. Krieger*

    Marcia S. Krieger
    United States District Judge