# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date:  April 2, 2007 |
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Dee Clark | |

Criminal Action No. 05-cr-00141-MSK

*Parties*:                                                                 *Counsel*:

UNITED STATES OF AMERICA,                      Jaime Pena
                                                                           Gregory Rhodes

         Plaintiff,

v.

DAVID ZAMORA,                                              Charles W. Elliott

         Defendant.

---

## SENTENCING MINUTES

**11:25 a.m.        Court in session**.

Defendant present in custody.

**Change of Plea Hearing on January 30, 2006.  Defendant pled guilty to 3 of the First Superseding Indictment.**

Parties received and reviewed the presentence report and all addenda.

The defendant **does** dispute the facts contained in the presentence report.  The Government has no objection.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

Argument regarding downward departure by defense counsel and the Government addresses it's Motion for Downward Departure.

The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).  Argument by defense counsel and the Government.

Allocution. - Statements made by: The Government, the defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**   Government's Motion for Downward Departure **(Doc. #1201)** is **GRANTED** in part and **DENIED** in part.  The Court will further vary from the Sentencing Guidelines as reflected in the record.

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**12:10 pm.**   **Court in recess.**

Total Time:   45 minutes
Hearing concluded.